UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Jal Hasbani

versus

University of Texas at Brownsville

CIVIL ACTION 97-113

Order Setting Conference

United States District Court
Southern District of Texas
ENTERED
OCT 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A pre-trial conference (final) will be held on:

   December 3, 1998 at 9:00 A.m.

   in Judge Tagle's ~~Chambers~~
   United States Court House
   500 Easts Tenth Street, Room 428
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. ~~The court will decide pending motions, narrow issues, and discuss evidence to be~~ presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

5. Each party will prepare and bring to the conference, furnishing a copy to opposing counsel at least 5 days prior to the conference:

   a. witness list, including a statement of expected testimony from each witness.

   b. exhibit list with exhibits.

Signed October 23, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.