*17*

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Sal Maskariu

versus

University of Texas at Brownsville

§
§
§
§
§
§

CIVIL ACTION B-97-113

United States District Court
Southern District of Texas
ENTERED

NOV 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk ____

## Order Setting Hearing

1. (motion) A hearing will be held before Judge Hilda G. Tagle on:

   November 30, 1998
   at 5:00 p.m.
   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. ~~The pretrial conference on _____, is cancelled. It will be held in conjunction with this motion hearing~~.

3. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on November 16, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.
termddl.

30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

NOV 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA SALCIDO | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-068 |
| | * | |
| JANET RENO, ATTORNEY GENERAL | * | |
| DEPARTMENT OF JUSTICE | * | |

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Today, this Court considered the Defendant's Motion to Continue the December 7, 1998 trial setting in this cause. Having considered the Defendant's arguments and the arguments of the plaintiff, this Court is of the opinion that in the Defendant's Motion to Continue should be GRANTED in order to allow the Defendant's counsel adequate time to examine newly named experts and their reports.

THEREFORE, IT IS ORDERED that the Defendant's Motion for Continuance of the December 7, 1998 trial in this cause be GRANTED and that the trial is hereby continued and reset to ____April 5,_____, 1999. Jury selection is also reset to ____April 2,____, 1999.

Signed on __13 Nov_____, 1998, in Brownsville, Texas.

JOHN Wm. BLACK
United States Magistrate Judge
Southern District of Texas
Reference Executed Under 28 U.S.C. 636(c)

1