28

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

ENTERED
JUL 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Sal Mosbaui §
§
versus §     CIVIL ACTION B- 97-113
§
§
University of Texas, §
Brownsville

Scheduling Order

1. Trial: Estimated time to try: __2__ days.      ☒ Bench    ☐ Jury

2. New parties must be joined by: _____

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: _____

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __10-31-99__

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by: __11-30-99__

****************************************************************************

7. Joint pretrial order is due: __12-22-99__

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __01-06-2000__

    *The case will remain on standby until tried.*

9. Jury Selection: _____

Signed __July 19__, 199_9_, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge