34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAL HASKOURI, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-97-113 |
| THE UNIVERSITY OF TEXAS AT BROWNSVILLE, | § § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on January 4, 2000, the Court considered Defendant's motion to extend motions deadlines (Dkt. No. 30); motion for oral submission and motion to stay pre-trial deadlines (Dkt. Nos. 31-1 & -2); and motion for leave to file proposed pretrial order (Dkt. No. 33).

1. Defendant's motion to extend deadlines (Dkt. No. 30) is GRANTED in part and DENIED in part. All deadlines remain in effect. The deadline for filing motions for summary judgment is extended to December 17, 1999. Plaintiff will file its response no later than January 5, 2000.
2. Defendant's motion for oral submission (Dkt. Nos. 31-1) is GRANTED. Oral submissions will be heard on January 6, 2000, at the final pre-trial conference.
3. Defendant's motion to stay pre-trial deadlines (Dkt. Nos. 31-2) is DENIED.
4. Defendant's motion for leave to file proposed pretrial order (Dkt. No. 33) is GRANTED.

FURTHERMORE, Plaintiff will respond to Defendant's motion for summary judgment and file its pretrial order no later than January 5, 2000.

DONE at Brownsville, Texas, this ____ day of January 2000.

Hilda G. Tagle
United States District Judge