39

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAL HASKOURI, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-97-113 |
| UNIVERSITY OF TEXAS, AT BROWNSVILLE | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

BE IT REMEMBERED that on January 6, 2000, the Court having GRANTED Defendant's motion for summary judgment (Dkt. No. 32), the Court ORDERED Plaintiff take nothing from Defendant and all claims against Defendant are DISMISSED with prejudice.

DONE at Brownsville, Texas, this ___6___ day of January 2000.

Hilda G. Tagle
United States District Judge