43

**U.S. COURT OF APPEALS**
**FILED**
**MAR 2 2 2001**
CHARLES R. FULBRUGE III
CLERK

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

MAR 28 2001

Michael N. Milby, Clerk

March 19, 2001

U.S. COURT OF APPEALS
RECEIVED
MAR 22 2001
NEW ORLEANS, LA.

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

United States District Court
Southern District of Texas
FILED
APR 03 2001
Michael N. Milby
Clerk of Court

Re: Sal Haskouri
v. University of Texas at Brownsville
No. 00-1172
(Your No. 00-40257)

B-97-cv-113

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk